**Karen O'Kasey,** OSB No. 870696
E-mail: kok@hartwagner.com
**Carey Caldwell,** OSB No. 093032
E-mail: cpc@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

<u>Of Attorneys for Defendant Craig Lehman</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILLIP SITBON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND; PORTLAND POLICE BUREAU OFFICER CRAIG LEHMAN, and JOHN DOES 1-10,<br><br>    Defendants. | No. 3:22-cv-1148<br><br>**DEFENDANT CRAIG LEHMAN'S MOTION FOR EXTENSION OF TIME FOR FILING A FIRST APPEARANCE (UNOPPOSED)** |

Pursuant to Rule 6(b) of the Fed. R. Civ. P., Defendant Craig Lehman hereby moves the Court for an order allowing an extension of time in which to file an appearance in this case. The parties have conferred and no party opposes this Motion. Defendant Lehman requests a one week extension of time, from Friday, October 28, 2022, up to and including Friday, November 4, 2022, within which to file an appearance.

///

///

Page 1   **DEFENDANT CRAIG LEHMAN'S MOTION FOR EXTENSION OF TIME FOR FILING A FIRST APPEARANCE (UNOPPOSED)**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

This Motion is based upon the Court file and upon the declaration of Carey Caldwell, filed herewith.

Respectfully submitted this 27th day of October, 2022.

                HART WAGNER LLP

By:   */s/ Carey Caldwell*
      Karen O'Kasey, OSB No. 870696
      Carey Caldwell, OSB No. 093032
      *Of Attorneys Defendant Officer Craig Lehman*

Page 2  **DEFENDANT CRAIG LEHMAN'S MOTION FOR EXTENSION OF TIME FOR FILING A FIRST APPEARANCE (UNOPPOSED)**

**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301