**Karen O'Kasey,** OSB No. 870696
E-mail:  kok@hartwagner.com
**Carey Caldwell,** OSB No. 093032
E-mail:  cpc@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

<u>Of Attorneys for Defendant Craig Lehman</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILLIP SITBON,<br><br>             Plaintiffs,<br><br>     v.<br><br>CITY OF PORTLAND; PORTLAND POLICE BUREAU OFFICER CRAIG LEHMAN, and JOHN DOES 1-10,<br><br>             Defendants. | No. 3:22-cv-1148<br><br>**DECLARATION OF CAREY CALDWELL IN SUPPORT OF OFFICER CRAIG LEHMAN'S MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE** |

I, Carey Caldwell, being first duly sworn, do depose and say:

1.    I am one of the attorneys representing Defendant Craig Lehman in the above-entitled matter and I make this declaration in support of Defendant Lehman's request for an extension of time in which to file an initial appearance.

2.    All parties stipulated to an extension of time.

3.    This Motion is presented in good faith and not for reasons of delay.

Page 1    **DECLARATION OF CAREY CALDWELL IN SUPPORT OF DEFENDANT CRAIG LEHMAN'S, MOTION FOR EXTENSION OF TIME FOR FILING A FIRST APPEARANCE (UNOPPOSED)**

**HART WAGNER LLP**
**1000 S.W. Broadway, TwentiethFloor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Respectfully submitted this 27th day of October, 2022.

By: */s/ Carey Caldwell*
Carey Caldwell, OSB No. 093032
Of Attorneys for Defendant Craig Lehman

Page 2   **DECLARATION OF CAREY CALDWELL IN SUPPORT OF DEFENDANT CRAIG LEHMAN'S, MOTION FOR EXTENSION OF TIME FOR FILING A FIRST APPEARANCE (UNOPPOSED)**

**HART WAGNER LLP**
**1000 S.W. Broadway, TwentiethFloor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**