Jonathan Gersten, OSB #191582
Alexander Meggitt, OSB #174131
Amanda Lamb, OSB #222284
Franz Bruggemeier, OSB #163533
Juan Chavez, OSB #136428
PO Box 5248
Portland, OR 97208
Tel: 503-944-2270

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| PHILLIP SITBON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, PORTLAND POLICE BUREAU OFFICER CRAIG LEHMAN, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 3:22-cv-01148-SI<br><br>MOTION FOR EXTENSION OF TIME<br><br>(*Unopposed*) |

### LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, Jonathan Gersten, counsel for Plaintiff Phillip Sitbon, hereby certifies that he has conferred with Counsel for the Defendants and that they do not oppose this motion.

### RELIEF REQUESTED

Plaintiff requests a Rule 16 Conference to adopt the proposed deadlines listed below.

### ARGUMENT AND AUTHORITY

The parties completed the Rule 26(f) conference on February 16, 2023. Given the parties' and counsels' schedules, they have agreed to the following proposed case management schedule:

**Initial Disclosures:** Friday, April 28, 2023

**Close of Discovery:** Friday, August 25, 2023

**Deadline to Join Parties/Claims and Amend Pleadings:** Friday, September 29, 2023

**Expert Witness Disclosure:** Friday, October 27, 2023

**Expert Witness Discovery Exchange:** Friday, December 15, 2023

**Dispositive Motions:** Friday, February 16, 2024

## CONCLUSION

Based on the foregoing, Plaintiff requests that this unopposed motion be granted, and that the response deadlines be set.

DATED: March 17, 2023.

*/s/Jonathan Gersten*
Jonathan Gersten, OSB #191582
PO Box 5248
Portland, OR 97208

Of Attorneys for Plaintiff