**Karen O'Kasey, OSB No. 870696**
E-mail: kok@hartwagner.com
**Zachariah H. Allen, OSB No. 122729**
E-mail: zha@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

<u>Of Attorneys for Defendant Craig Lehman</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILLIP SITBON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, CRAIG LEHMAN and DOES 1-10,<br><br>Defendants. | Case No. 3:22-cv-01148-SI<br><br>**CONVENTIONALLY FILED**<br><br>**EXHBITS 3-6 TO DECLARATION OF KAREN O'KASEY IN SUPPORT OF DEFENDANT CRAIG LEHMAN'S MOTION FOR SUMMARY JUDGMENT** |

Exhibits 3, 4, 5 and 6 to the Declaration of Karen O'Kasey in Support of Defendant Craig Lehman's Motion for Summary Judgment have been conventionally filed.

ATED this 14th day of February, 2025.

By:   */s/ Karen O'Kasey*
         Karen O'Kasey

Page 1 – **EXHIBITS 3-6 TO DECLARATION OF KAREN O'KASEY IN SUPPORT OF DEFENDANT CRAIG LEHMAN'S MOTION FOR SUMMARY JUDGMENT**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2025, I served the foregoing **EXHIBITS 3-6 OF DECLARATION OF KAREN O'KASEY IN SUPPORT OF DEFENDANT CRAIG LEHMAN'S MOTION FOR SUMMARY JUDGMENT** on the following parties at the following addresses:

> Juan Chavez
> Oregon Justice Resource Center
> PO Box 5248
> Portland, OR 97208
> jchavez@ojrc.info
>     *Attorney for Plaintiff*

> Naomi Sheffield
> Portland Office of City Attorney
> 1221 SW 4th Ave Ste 430
> Portland OR  97204
> naomi.sheffield@portlandoregon.gov
>     *Attorney for Defendant City of Portland*

by electronic means through the Court's Case Management/Electronic Case File system.

>                               */s/ Karen O'Kasey*
>                               Karen O'Kasey

Page 1 – **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**