Juan Chavez, OSB #136428
Hannah Bland, OSB #252404
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Tel: 503-944-2270

      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| PHILLIP SITBON, | Case No. 3:22-cv-01148-SI |
| Plaintiff, | |
| v. | |
| CITY OF PORTLAND, PORTLAND POLICE BUREAU OFFICER CRAIG LEHMAN, and JOHN DOES 1-10, | UNOPPOSED MOTION FOR EXTENSION OF TIME |
| Defendants. | |

## LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, Hannah Bland, counsel for Plaintiff Phillip Sitbon, hereby certifies that she conferred with Naomi Sheffield, counsel for the Defendant City of Portland, and with Karen O'Kasey, counsel for Defendant Craig Lehman, on July 18, 2025, and neither Defendant opposed this motion.

## RELIEF REQUESTED

Plaintiff requests an additional 30 days to file his Notice of Appeal. The requested deadline would be August 22, 2025.

//

//

**ARGUMENT AND AUTHORITY**

Case schedules can be modified and extended based upon a showing of "good cause." Fed.

R. Civ. P. 16(b)(4). Here, there is good cause for an extension of the Notice of Appeal deadline by

30 days. Plaintiff needs additional time to find appellate counsel and assess appealability of the

case. This motion is not made for purposes of delay.

**CONCLUSION**

Based on the foregoing, Plaintiff requests that this unopposed motion be granted, and that the

new deadline of August 22, 2025 be set.

DATED: July 21, 2025.

*/s/ Hannah Bland*
Hannah Bland, OSB No. 252404
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208

Of Attorneys for Plaintiff